HENRY W. LEEDS et al., respondents,

*v.*

BOHEMIAN ART GLASS WORKS, appellant.

[Filed March 4th, 1903.]

On appeal from a decree advised by Vice-Chancellor Grey, whose opinion is reported in *18 Dick. Ch. Rep. 619.*

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Grey in the court below.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, VREDENBURGH, VOORHEES, VROOM—12.

*For reversal*—None.